UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINIC DERAMO, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>     v.<br><br>TRUGREEN, INC.,<br><br>                              Defendant. | Case No. 7:22-cv-01151<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dominic Deramo hereby dismisses all claims against Trugreen, Inc. without prejudice.  Each party shall bear its own attorneys' fees and costs.

Dated: March 3, 2022                        Respectfully submitted,


                                            By:  */s/ Yitzchak Kopel*
                                                    Yitzchak Kopel

                                            **BURSOR & FISHER, P.A**
                                            Yitzchak Kopel
                                            Alec M. Leslie
                                            888 Seventh Avenue
                                            New York, NY  10019
                                            Telephone: (646) 837-7150
                                            Facsimile: (212) 989-9163
                                            Email:  ykopel@bursor.com
                                                        aleslie@bursor.com

                                            *Counsel for Plaintiff*

1